# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HORACE HANKERSON,**

    **Plaintiff,**

**vs.**                                                  **CASE NO. 4:06CV548-RH/AK**

**J. M. HERNANDEZ, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff brings this cause of action pursuant to 42 U.S.C. §1983 alleging deliberate indifference to his medical needs. (Doc. 18). The Court ordered service of the amended complaint, but summons was returned un-executed because Defendant Hernandez was no longer employed by FDOC and Defendant Anderson was on extended leave with no return date to employment. (Doc. 31). The Court requested first names of these defendants from Plaintiff so that additional efforts could be made to locate and serve them, but Plaintiff responded that he was unable to ascertain this information and requested that his case be dismissed without prejudice and his filing fees returned.

Since it is through no fault of his own that the named Defendants are no longer employed by FDOC and their first names unknown to Plaintiff, the Court further finds that the money heretofore collected from Plaintiff should be returned to him.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Notice to the Court (doc. 54), construed as a motion to dismiss without prejudice, is **GRANTED**, and this cause is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The finance department shall return to Plaintiff all funds heretofore collected towards the filing fee and the Order which requires that money be collected until the full filing fee is paid (doc. 7) is hereby **VACATED**, so that no additional funds shall be sought.

**DONE AND ORDERED** this  _7th_  day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv548-RH/AK**